JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALLAN GABRIEL REYES,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC. dba THE HOME DEPOT, a DELAWARE CORPORATION, DOE EMPLOYEE, and DOES 1 to 100, INCLUSIVE.

Defendants.

Case No.: 5:25-cv-02928-KK-SP

**[Hon. Kenly Kiya Kato]**

**ORDER**

//

**ORDER**

The Court, having considered the stipulation of Plaintiff ALLAN GABRIEL REYES and Defendant HOME DEPOT U.S.A., INC. (collectively "the Parties"), hereby ORDERS this action remanded to the Superior Court of California – County of San Bernardino [Superior Court Case No.: CIVSB2509073] based upon a lack of subject matter jurisdiction resulting from the filing of Plaintiff's April 14, 2026 First Amended Complaint.

**IT IS SO ORDERED**.

Dated: April 21, 2026    _____

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

-1-
**[PROPOSED] ORDER**

## PROOF OF SERVICE
### C.C.P. §1013a

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.  My business address is 8822 W. Olympic Boulevard, Beverly Hills, CA 90211.  I am employed in the County of Los Angeles, State of California, where this mailing, facsimile and/or delivery is occurring.

☒ BY ELECTRONIC MAIL I caused the documents to be sent from e-mail address ariana@khorshidilaw.com to the person at the e-mail address listed below.

On the date of this declaration, I have caused this document, i.e., **[PROPOSED] ORDER** to be served in the manner described above upon the following party(ies):

Marie B. Maurice, Esq.
Michelle Zhang, Esq.
IVIE MCNEILL WYATT PURCELL & DIGGS, APLC
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 489-0028
Fax: (213) 489-0552
Email: *mmaurice@imwlaw.com*; *mzhang@imwlaw.com;*  jrist@imwlaw.com; cmunoz@imwlaw.com; mcarrillo@imwlaw.com; msnyder@imwlaw.com
Attorneys for Defendant Home Depot U.S.A., Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and belief and that if called as a witness, I could and would competently testify thereto.

Executed on April 21, 2026, at Beverly Hills, California.

*/s/ Ariana Hernandez*
Ariana Hernandez

-2-
**[PROPOSED] ORDER**